name removed from roll of attorneys. Present—Centra, J.P., Peradotto, Lindley and Martoche, JJ. (Filed Apr. 10, 2012.)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SAMUEL MCNEAR, Appellant. [944 NYS2d 713]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Fahey, Lindley and Sconiers, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEITH BALKMAN, Appellant. [944 NYS2d 713]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Centra, Fahey, Peradotto and Sconiers, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH LEE, Appellant. [944 NYS2d 713]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Smith, Lindley and Sconiers, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CONSTANTINE L. JACKSON, Appellant. [944 NYS2d 713]—Motion for writ of error coram nobis denied. Present—Smith, J.P., Centra, Fahey, Peradotto and Sconiers, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MELVIN LEE, Appellant. [944 NYS2d 713]—Motion for writ of error coram nobis denied. Present—Smith, J.P., Fahey, Lindley and Sconiers, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SAMUEL WYNN, Appellant. [944 NYS2d 713]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Fahey, Lindley, Sconiers and Martoche, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CONSTANTINE JACKSON, Appellant. [944 NYS2d 713]—Motion for writ of error coram nobis denied. Present—Smith, J.P., Centra, Fahey, Peradotto and Sconiers, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAYMOND CLEMONS, Appellant. [944 NYS2d 713]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Peradotto, Carni and Sconiers, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL G. MILCZAKOWSKYJ, Appellant. [944 NYS2d 713]—Motion for writ of error coram nobis denied. Present—Centra, J.P., Carni, Lindley and Sconiers, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAVONNE L. SCOTT, Appellant. [944 NYS2d 713]—Motion for writ of